**Electronically Filed**
**Supreme Court**
**SCWC-12-0000711**
**12-JAN-2017**
**03:54 PM**

SCWC-12-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawaiʻi corporation, Respondent/Plaintiff-Appellee,

v.

WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Respondent/Defendant, Cross-Claim Defendant, Cross-Claim
Plaintiff-Appellee,

and

MICHAEL J. SZYMANSKI, Petitioner/Defendant, Cross-Claim
Plaintiff, Cross-Claim Defendant, Third-Party Plaintiff, Third-
Party Counterclaim Defendant-Appellant,

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi corporation, and
SHINWA GOLF HAWAIʻI CO., LTD., a Hawaiʻi corporation,
Respondents/Third-Party Defendants, Third-Party
Counterclaimants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000711; CIVIL NO. 02-1-0352(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Recktenwald, C.J., recused)

Petitioner/Defendant, Cross-Claimant, Third-Party

Plaintiff, Third-Party Counterclaim Defendant-Appellant Michael

J. Szymanski's Application for Writ of Certiorari, filed December 2, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 12, 2017.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti